**2016–1712.  HCP EMOH, L.L.C. v. Washington Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2015–700.

**2017–0043.  Northland–4, L.L.C. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2016–136.

**2017–0049.  State ex rel. Young v. Butler Cty. Personnel Office.**
Franklin App. No. 15AP–1035, 2016-Ohio-8341.